IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00222-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CARLOS HUYOA-JIMENEZ,
a/k/a Uriel Ayala-Guzman,

    Defendant.

---

### ORDER (Docket p o. 3)

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce said defendant before United States Magistrate Judge, as soon as practicable, for proceedings and appearances upon the charge set forth in the indictment, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

    SO ORDERED this  1st  day of June, 2009.

                                                  _____
                                                Philip A. Brimmer
                                                UNITED STATES DISTRICT JUDGE