IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00222-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CARLOS HUYOA-JIMENEZ,

    Defendant.

_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

This matter has been scheduled for a three-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **September 14, 2009 at 8:00 a.m.**  It is

ORDERED that all pretrial motions shall be filed by  **August 12, 2009** and responses to these motions shall be filed by **August 19, 2009.**  It is further

ORDERED that a Trial Preparation Conference is set for **September 10, 2009** at **11:00 a.m.** in Courtroom A701.  Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED July 16, 2009.

                                          BY THE COURT:

                                          <u>s/ Philip A. Brimmer</u>
                                          PHILIP A. BRIMMER
                                          United States District Judge