IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00222-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CARLOS HUYOA-JIMENEZ,

    Defendant.

_____

## MINUTE ORDER
_____

**Order entered by Judge Philip A. Brimmer**

    It is ORDERED that the sentencing hearing set for **December 4, 2009 at 9:00 a.m.** is VACATED and RESET for **December 22, 2009 at 10:00 a.m.**

    DATED November 25, 2009.