IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00222-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CARLOS HUYOA-JIMENEZ,

    Defendant.
_____

## MINUTE ORDER
_____

**Order entered by Judge Philip A. Brimmer**

    It is ORDERED that a re-sentencing hearing set for **December 30, 2010 at 11:00 a.m.** before Judge Philip A. Brimmer.

    DATED December 27, 2010